**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| ANDRES MARTINEZ, | : | | |
| | : | | |
| Petitioner, | : | Civil Case No.: | 08-0513 (RMU) |
| | : | | |
| v. | : | Document No.: | 1 |
| | : | | |
| MICHAEL MUKASEY *et al.*, | : | | |
| | : | | |
| Respondents. | : | | |

## MEMORANDUM ORDER

### DENYING WITHOUT PREJUDICE THE PETITION FOR A WRIT OF HABEAS CORPUS

The petitioner alleges several constitutional violations related to his detention in Fort Worth, Texas. *See generally* Petition. District courts may grant habeas relief only "within their respective jurisdictions." 28 U.S.C. § 2241(a); *see also Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1237 (D.C. Cir. 2004). Thus, the court lacks jurisdiction to "entertain a habeas corpus action unless it has personal jurisdiction over the custodian of the prisoner." *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988) (quoting *Guerra v. Meese*, 786 F.2d 414, 415 (D.C. Cir. 1986)) (internal quotation marks omitted). Here, despite the petitioner's statement that he is "a person in the custody in the District of Columbia," he is in fact incarcerated in Fort Worth, Texas. Petition at 1. Accordingly, the court lacks jurisdiction to entertain the habeas petition, and it is this 22nd day of April, 2008,

**ORDERED** that the petition for a writ of habeas corpus is **DENIED without prejudice**.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge