**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| ANDRES MARTINEZ, | : | | |
| | : | | |
| Petitioner, | : | Civil Case No.: | 08-0513 (RMU) |
| | : | | |
| v. | : | Document No.: | 4 |
| | : | | |
| MICHAEL MUKASEY *et al.*, | : | | |
| | : | | |
| Respondents. | : | | |

## MEMORANDUM ORDER

### DENYING THE PETITIONER'S MOTION FOR RECONSIDERATION

As the basis for his motion for reconsideration, the petitioner incorrectly states that "[t]his Court ruled in it's [sic] Memorandum Opinion that Petitioner's relief existed in filing a § 2255 motion." Pet'r's Mot. at 1. Nowhere in the memorandum order does the court reference, much less rely, on 28 U.S.C. § 2255 for dismissing the petitioner's habeas petition. Rather, the court held that it "lacks jurisdiction to entertain a habeas corpus action unless it has personal jurisdiction over the custodian of the prisoner. [And h]ere, despite the petitioner's statement that he is a person in the custody in the District of Columbia, he is in fact incarcerated in Fort Worth, Texas." Mem. Order (Apr. 22, 2008) (internal quotations and citations omitted). Accordingly, the petitioner's motion for reconsideration is baseless, and it is this 6th day of May, 2008,

**ORDERED** that the petitioner's motion for reconsideration is **DENIED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge